UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 11-284 DSF |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT AND COMMITMENT |
| vs. | ) ) | ORDER ON REVOCATION OF SUPERVISED RELEASE |
| TIERE SMITH, | ) ) ) | |
| Defendant. | ) ) | |

    Defendant and his counsel, Myra Sun, Deputy Federal Public Defender, having appeared in person, defendant having previously admitted on May 29, 2013 allegations 1 and 2 of the Petition on Probation and Supervised Release filed on April 29, 2011, and the Court having found the defendant to be in violation of the terms and conditions of supervised release originally imposed,

    IT IS ORDERED that supervised release is revoked.

    IT IS FURTHER ORDERED that defendant, Tiere Smith, is committed to the custody of the Bureau of Prisons to be imprisoned for a period of 24 months, with no supervised release to follow.

    The Court advised the defendant of his right to appeal this order.

    The Court recommends that defendant be incarcerated in the Southern California area.

DATED: 6/24/13

                            DALE S. FISCHER
                            UNITED STATES DISTRICT JUDGE

                            TERRY NAFISI, CLERK

DATED/FILED : 6/24/13    By:   /s/ Debra Plato

Deputy Clerk